UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JASON BARRERAS-SANCHEZ,   Case No. 2:21-cv-01287-MK

    Petitioner,   ORDER

v.

ERIN REYES,

    Respondent.

_____

AIKEN, District Judge.

Petitioner's Unopposed Motion to Dismiss (ECF No. 43) is GRANTED and this action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this  3rd  day of May, 2023.

                              /s/Ann Aiken
                              Ann Aiken
                      United States District Judge

1   - ORDER